UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY A. ARNOLD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PRAXAIR, INC.; PRAXAIR PENSION PLAN,<br><br>　　　　Defendants. | Civil Action No.: 3:19-CV-01047<br><br><br>March 16, 2020 |

## STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff Larry Arnold, Praxair, Inc., and the Praxair Pension Plan, by and through their respective attorneys of record, that this action be dismissed in its entirety with prejudice, with the parties to bear their own attorneys' fees and costs.

DATED: March 16, 2020　　　　　　McKENNON LAW GROUP PC

　　　　　　　　　　　By: _____
　　　　　　　　　　　　　ROBERT J. McKENNON  (SBN 123176)
　　　　　　　　　　　　　NICHOLAS A. WEST  (SBN 309003)
　　　　　　　　　　　　　Attorneys for Plaintiff Larry A. Arnold

Dated: March 16, 2020                                        LITTLER MENDELSON, P.C.


                                                             By: */s/ Lori B. Alexander*
                                                                 LORI B. ALEXANDER
                                                                 Federal Bar No.: CT08970
                                                                 Attorneys for Defendants, Praxair, Inc. and
                                                                 Praxair Pension Plan **Error! Use the Home tab to apply Attorneys for to the text that you want to appear here.**

2

## CERTIFICATION

This is to certify that on March 16, 2020, a copy of the above Stipulation for Dismissal of Entire Action With Prejudice, was filed electronically with the Court and served upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all appearing parties by operation of the court's electronic filing systems, or by e-mail to anyone unable to accept electronic filings as indicated in the notice of electronic filing.

Parties may access the filing through the Court's CM/ECF System.

*/s/ Lori B. Alexander*
Lori B. Alexander (CT08970)